UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDY SHORT,

    Plaintiff,                                                CASE NO. 11-cv-1225

        v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, ANDY SHORT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                           RESPECTFULLY SUBMITTED,

Dated: January 3, 2012            By:  /s/ Shireen Hormozdi
                                                    Shireen Hormozdi
                                                    Krohn & Moss, Ltd
                                                    10474 Santa Monica Blvd., Suite 401
                                                    Los Angeles, CA 90025
                                                    Phone:  (323) 988-2400 ext. 267
                                                    Fax:     (866) 802-0021
                                                    Attorney for Plaintiff
                                                    FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to the Attorney for Defendant Ginny Walker at the address below:

gwalker@erccollections.com

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
