**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**ANDY SHORT,**

        Plaintiff,

v.                                                    **Case No. 3:11-cv-1225-J-37JRK**

**ENHANCED RECOVERY COMPANY, LLC.,**

        Defendant.
_____/

## ORDER

The Court has been advised that this case has tentatively settled (Doc. 4) and anticipate that pleadings resolving this matter with finality will be filed within the next thirty (30) days. Accordingly, it is now

**ORDERED**:

1. The parties shall have until February 6, 2012 to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by February 6, 2012, this case will automatically be deemed to be dismissed without prejudice. The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline. The Clerk is directed to close the file, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated and all case management deadlines are vacated.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of January, 2012.

_____
ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record