UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDY SHORT,

    Plaintiff,                                                             CASE NO. 11-cv-1225

    v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

        ANDY SHORT (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ENHANCED RECOVERY COMPANY, LLC (Defendant), in this case. Plaintiff hereby request this honorable court to retain jurisdiction for the next 60 days for the purpose of enforcement of the settlement.

                                                                                                        RESPECTFULLY SUBMITTED,

Dated: February 6, 2012               By:  /s/ Shireen Hormozdi
                                                           Shireen Hormozdi
                                                           Krohn & Moss, Ltd
                                                           10474 Santa Monica Blvd., Suite 401
                                                           Los Angeles, CA 90025
                                                           Phone: (323) 988-2400 ext. 267
                                                           Fax:   (866) 802-0021
                                                           Attorney for Plaintiff
                                                           FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to the Attorney for Defendant Ginny Walker at the address below:

    gwalker@erccollections.com

                                           /s/ Shireen Hormozdi
                                           Shireen Hormozdi
                                           Attorney for Plaintiff