# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**ANDY SHORT,**

    Plaintiff,

v.                                                         **Case No. 3:11-cv-1225-J-37JRK**

**ENHANCED RECOVERY COMPANY, LLC.,**

    Defendant.

_____/

## ORDER

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Doc. 6) filed February 6, 2012. Plaintiff requests this court to retain jurisdiction for the next 60 days for the purpose of enforcement of the settlement. Accordingly, it is now

**ORDERED**:

1. The parties shall have until April 6, 2012 to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by April 6, 2012, this case will automatically be deemed to be dismissed without prejudice. The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline. The Clerk is directed to close the file, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated and all case management deadlines are vacated.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of February, 2012.

ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record